■ In the Matter of TIMOTHY S. APPELL, Appellant, v MARY C. GOODEN, Respondent. [786 NYS2d 785]—

Appeal from an order of the Family Court, Wayne County (John B. Nesbitt, J.), entered August 20, 2003 in a proceeding pursuant to Family Ct Act article 6. The order modified a prior order of visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Petitioner, an inmate at Groveland Correctional Facility, commenced this proceeding seeking modification of the visitation provisions of a prior order. Family Court properly denied that part of the petition seeking an expansion of visitation from once a month to twice a month. "Where an order of custody and visitation is entered on stipulation, a court cannot modify that order unless a sufficient change in circumstances—since the time of the stipulation—has been established, and then only where a modification would be in the best interests of the children" (*Matter of Watts v Watts*, 290 AD2d 822, 823-824 [2002], *lv denied* 97 NY2d 614 [2002]). Petitioner failed to demonstrate a change in circumstances warranting modification or that expanding visitation would be in the children's best interests (*see Matter of Folsom v Folsom*, 286 AD2d 830 [2001], *lv denied* 97 NY2d 606 [2001]; *Matter of Davis v Davis*, 232 AD2d 773, 773-774 [1996]). We reject the contention of petitioner that he was denied effective assistance of counsel (*see Matter of Schimmel v Schimmel*, 262 AD2d 990, 991 [1999], *lv denied* 93 NY2d 817 [1999]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.